**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAGDIPIK RAI AND RIMPPI RAI, ) | Case No.: 10-CV-04291-LHK |
| ) | |
| Plaintiffs, ) | ORDER GRANTING PRO SE |
| v. ) | PLAINTIFFS' MOTION TO E-FILE |
| ) | |
| GMAC MORTGAGE, ) | (re: docket #9) |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, the motion of *pro se* Plaintiffs Jagdipik and Rimppi Rai requesting access to the Court's Electronic Case Filing (ECF) system is GRANTED. Plaintiffs may electronically file and serve their documents in accordance with the equipment and rule requirements governing electronic filing. Plaintiffs are directed to register for electronic filing privileges by completing the proper form available on the Court's website at https://ecf.cand.uscourts.gov/cand/index.html . Any questions regarding registration should be directed to ECF Support Personnel.

**IT IS SO ORDERED.**

Dated: October 25, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04291-LHK
ORDER GRANTING MOTION TO E-FILE