UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAGDIPIK RAI AND RIMPPI RAI, | Case No.: 10-CV-04291-LHK |
| Plaintiffs, | ORDER SETTING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| GMAC MORTGAGE, | |
| Defendant. | (re: docket #17) |

On December 11, 2010, Plaintiffs filed a "Second Motion for Temporary Restraining Order." *See* Dkt. #17. Although that three-page motion lacks details, Plaintiffs do note that the property involved in this foreclosure action is "scheduled to be sold at auction on December 21, 2010." The Court denied Plaintiffs' first motion for a temporary restraining order because Plaintiffs: 1) did not provide Defendant notice of the motion; and 2) provided no reason why notice should not be required. *See* September 27, 2010 Order Denying Plaintiffs' Petition for Temporary Injunction [dkt. #7]. Plaintiffs filed their second motion for a temporary restraining order on the Court electronic filing system (ECF), in which electronic notice was sent to Defendant's counsel. Accordingly, Defendant shall file a response to Plaintiffs' Second Motion for Temporary Restraining Order by Wednesday, December 15, 2010.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04291-LHK
ORDER SETTING DEADLINE FOR DEFENDANT TO RESPOND