UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAGDIPIK RAI AND RIMPPI RAI, | Case No.: 10-CV-04291-LHK |
| Plaintiffs, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| GMAC MORTGAGE, | |
| Defendant. | |

On January 31, 2011, the Court issued an Order granting Defendant's unopposed motion to dismiss Plaintiffs' complaint with leave to amend. The Court stated: "If Plaintiffs wish to file an amended complaint, **the amended complaint must be filed and served no later than February 21, 2011.** Failure to do so risks dismissal of this entire action with prejudice." As of the date of this Order, Plaintiffs have not filed an amended complaint. Accordingly, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 19, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04291-LHK
ORDER DISMISSING CASE WITH PREJUDICE